David Lopez, Esq. (DL-6779)
LAW OFFICES OF DAVID LOPEZ
171 Edge of Woods Rd. | P.O. Box 323
Southampton, NY 11969
631.287.5520 | DavidLopezEsq@aol.com

Miriam Tauber, Esq. (MT-1979)
MIRIAM TAUBER LAW PLLC
885 Park Ave. # 2A
New York NY 10075
323.790.4881 | MiriamTauberLaw@gmail.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS J. DONOGHUE,<br><br>Plaintiff,<br><br>v.<br><br>ORTHOFIX MEDICAL INC.,<br><br>Nominal Defendant,<br><br>and<br><br>MASSIMO CALAFIORE,<br><br>Defendant. | No. __25-cv-4988_____<br>(ECF Case)<br><br>**COMPLAINT**<br>**FOR RECOVERY OF**<br>**SHORT SWING PROFITS**<br>**UNDER 15 U.S.C. § 78p(b)**<br><br>**JURY TRIAL DEMANDED** |

**THE PLAINTIFF**, by his undersigned attorneys, complaining of the Defendant respectfully alleges the following upon information and belief, except as to Paragraph 2, which Plaintiff alleges on personal knowledge:

**JURISDICTION:**

1. This action arises under the provisions of Section 16(b) of the Securities Exchange Act of 1934, as amended (the "ACT"), 15 U.S.C. 78p(b), and jurisdiction is conferred upon this

1

Court by Section 27 of the Act, 15 U.S.C. § 78aa.

**THE PARTIES AND VENUE:**

2. Plaintiff is a security owner of ORTHOFIX MEDICAL INC. ("ORTHOFIX"), a Delaware corporation with principal offices and domicile at 3451 Plano Parkway, Lewisville, TX 75056.

3. At all times relevant the common stock of ORTHOFIX was registered under Section 12(b) of the ACT and was and is traded on the NASDAQ Global Select Market, a National Securities Exchange located within this District (stock ticker: OFIX). One or more sale transactions pled herein took place through the facilities of this Exchange within this District conferring venue upon this Court.

4. This action is brought in the right and for the benefit of ORTHOFIX which is named as Nominal Defendant solely in order to have all necessary parties before the Court.

5. At all times relevant Defendant MASSIMO CALAFIORE ("CALAFIORE") was an officer and director of ORTHOFIX, and was thereby a so-called 'insider' as that term is understood within the meaning of Section 16(b) of the ACT.

6. CALAFIORE has an office or is found c/o ORTHOFIX, 3451 Plano Parkway, Lewisville, TX 75056.

**STATUTORY REQUISITES:**

7. The violations of Section 16(b) of the Act to be described herein involve non-exempt securities in non-exempt transactions engaged in by a non-exempt person within the meaning of the ACT.

8. Demand for prosecution was made by the Plaintiff on ORTHOFIX with respect to CALAFIORE on May 13, 2025. By e-mails dated May 16, 2025, and June 6, 2025, Andres Cadron, Esq., Chief Legal Officer for ORTHOFIX, informed Plaintiff's counsel that ORTHOFIX did not

intend to pursue the Section 16(b) claim identified by the Plaintiff and ORTHOFIX has not recovered any of the profits at issue. Further delay in the initiation of suit would be a futile gesture.

9.     This action is brought within two years of the occurrence of the violations to be described herein or within two years of the time when reports required by 15 U.S.C § 78p(a) setting forth the substance of the transactions here complained of were first filed with the Securities & Exchange Commission ("SEC").

**AVERMENTS COMMON TO ALL CLAIMS FOR RELIEF:**

10.    The Plaintiff's claims against CALAFIORE have a common source of liability, the sale by CALAFIORE into the public markets of shares of common stock of ORTHOFIX in order to generate funds to meet the employee portion of his Federal Income Tax withholding obligations which became due upon settlement of restricted share units ("RSU's") granted to CALAFIORE under the "ORTHOFIX 2024 CEO INDUCEMENT PLAN" and/or additional or different equity-incentive stock plans. The funding of such "withholding" may be accomplished without liability by compliance with SEC Rule 16b-3(e), i.e., by having the issuer (ORTHOFIX) itself withhold funds or shares of equivalent value from the employee; but once a plan participant such as CALAFIORE enters the public markets to sell his shares and to generate cash at the expense of the general public the insider participant is capable of utilizing inside information to control the timing and price of the sale and is presented with the opportunity for speculative abuse that the statute was designed to prevent. Such sales are within the statutory proscription and short swing profits generated from the sales are subject to recovery by or on behalf of the issuer.

**FIRST CLAIM FOR RELIEF:**

11.     CALAFIORE engaged in the following sales and purchase of ORTHOFIX common stock:

| Date | Transaction | Number of Shares | Price/Share |
|---|---|---|---|
| Jan. 13, 2025 | Sale (to satisfy tax withholding obligations in connection with Restricted Stock Settlement | 9,203 | $17.1419 |
| Jan. 10, 2025 | Sale (to satisfy tax withholding obligations in connection with Restricted Stock Settlement) | 10,078 | $16.8306 |
| May. 9, 2025 | Purchase | 10,000 | $12.54 |

12.     The foregoing sales and purchase within periods of less than six months while CALAFIORE was an insider of ORTHOFIX generated recoverable profits under Section 16(b) of the ACT in an amount unknown to Plaintiff but is estimated to approximate $45,770, the precise amount to be recovered to be determined through discovery and an accounting.

**SECOND CLAIM FOR RELIEF:**

13.     This Second Claim for Relief is a precaution against possible errors of detail attributable to inaccuracies in the public record or to the discovery of additional trades during the course of this action.

14.     CALAFIORE, during periods not barred by the statute of limitations measured from the date of the filing of this Complaint, purchased and sold or sold and purchased equity securities or equity security equivalents of ORTHOFIX within periods of less than six months, while an officer and director of ORTHOFIX, including but not limited to the transactions pleaded in the FIRST CLAIM FOR RELIEF.

15.     By reason of such purchases and sales or sales and purchases of ORTHOFIX equity securities or equity security equivalents within periods of less than six months while an insider of

ORTHOFIX, CALAFIORE realized profits, the exact amounts thereof being unknown to PLAINTIFF, which profits inure to the benefit, and are recoverable by the Plaintiff on behalf of ORTHOFIX.

**WHEREFORE**, PLAINTIFF demands judgment:

a) Requiring CALAFIORE to account for and to pay over to ORTHOFIX the short swing profits realized and retained by him in violation of Section 16(b) of the Act, together with appropriate interest and the costs of this suit;

b) Awarding to Plaintiff his costs and disbursements including reasonable attorneys', accountants' and expert witness fees; and

c) Granting to Plaintiff such other and further or different relief as the Court may deem just and proper.

Dated:   Southampton, New York
         June 12, 2025

Yours, etc.

*/s/ Miriam Tauber*              */s/ David Lopez*
_____           _____
Miriam Tauber, Esq.              David Lopez, Esq.

*Attorneys for Plaintiff*